0063-1M-EPIEXX-00122972-416969
Filed 04/04/14                                Case 12-17604                                Doc 90

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re: FRED GULIEX                                                                    Case No.: 12-17604-A-13K

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Michael H. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/03/2012.
2) The plan was confirmed on 04/03/2013.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on 01/30/2014.
5) The case was dismissed on 02/01/2014.
6) Number of months from filing or conversion to last payment: 17.
7) Number of months case was pending: 18.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: 24,800.00.
10) Amount of unsecured claims discharged without full payment: .00.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor: | $75,868.00 |
| Less amount refunded to debtor: | $19,631.92 |
| **NET RECEIPTS:** | $56,236.08 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through The Plan: | $5,000.00 |
| Court Costs: | $.00 |
| Trustee Expenses and Compensation: | $2,497.07 |
| Other: | $.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | $7,497.07 |
| Attorney fees paid and disclosed by debtor: | $.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ALLY FINANCIAL | Secured | 7,486.63 | 8,639.80 | 8,639.80 | 8,639.80 | 32.25 |
| ALLY FINANCIAL | Unsecured | 1,545.30 | 1,545.30 | 1,545.30 | 1,545.30 | 2.20 |
| AMERICAN EXPRESS | Unsecured | 218.60 | NA | NA | .00 | .00 |
| AMERICAN EXPRESS | Unsecured | 2,890.69 | NA | NA | .00 | .00 |
| ASRY COMPANY | Secured | 11,000.00 | NA | NA | .00 | .00 |
| AYERS CERAMICS | Unsecured | 3,200.00 | NA | NA | .00 | .00 |
| BUDGET FUNDING | Secured | 431,018.37 | NA | NA | .00 | .00 |
| CARD SERVICES | Unsecured | 778.72 | NA | NA | .00 | .00 |
| CITIMORTGAGE | Secured | 106,111.49 | 106,111.49 | .00 | .00 | .00 |
| DANIELS JEWELERS | Secured | 8,609.61 | 8,659.84 | 4,500.00 | 4,500.00 | 18.75 |
| DANIELS JEWELERS | Unsecured | NA | 4,159.84 | 4,159.84 | 4,159.84 | 5.90 |
| DAVID MINCIN ESQ | Other | NA | .00 | .00 | .00 | .00 |
| DAVID MINCIN ESQ | Secured | 138,071.56 | 157,604.33 | 157,604.33 | .00 | .00 |
| DEUTSCHE BANK NATL TRUST CO | Secured | 40,861.00 | 76,532.63 | 76,532.63 | .00 | .00 |
| HERBERT P SEARS CO INC | Unsecured | 174.00 | NA | NA | .00 | .00 |

0063-1M-EPIEXX-00122972-416969
Filed 04/04/14
Case 12-17604
Doc 90

# UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF CALIFORNIA

In re: FRED GULIEX                                      Case No.: 12-17604-A-13K

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| HERBERT P SEARS CO INC | Unsecured | 174.00 | NA | NA | .00 | .00 |
| HERBERT P SEARS CO INC | Unsecured | 173.00 | NA | NA | .00 | .00 |
| HERBERT P SEARS CO INC | Unsecured | 173.00 | NA | NA | .00 | .00 |
| HERBERT P SEARS CO INC | Unsecured | 173.00 | NA | NA | .00 | .00 |
| HERBERT P SEARS CO INC | Unsecured | 174.00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 5,899.98 | 5,899.98 | 5,899.98 | 5,899.98 | 8.40 |
| JPMORGAN CHASE BANK NA | Secured | 194,345.09 | 200,580.08 | 200,580.08 | .00 | .00 |
| LINDA GULLEX | Unsecured | NA | NA | NA | .00 | .00 |
| LOS ANGELES COUNTY TREASURER | Secured | 52,875.67 | 60,998.82 | 60,998.82 | .00 | .00 |
| LOS ANGELES COUNTY TREASURER | Secured | NA | 60,998.82 | .00 | .00 | .00 |
| NORMAN SHARON WASSON | Secured | 47,000.00 | NA | NA | .00 | .00 |
| OAK HARBOR CAPITAL IV LLC | Unsecured | 597.32 | NA | NA | .00 | .00 |
| PACIFIC BELL TELEPHONE COMPANY | Unsecured | 225.09 | 225.09 | 225.09 | 225.09 | .30 |
| PENNYMAC LOAN SERVICES LLC | Other | NA | .00 | .00 | .00 | .00 |
| PITE DUNCAN LLP | Other | NA | .00 | .00 | .00 | .00 |
| PRA RECEIVABLES MANAGEMENT LLC | Unsecured | 628.81 | 628.81 | 628.81 | 628.81 | .90 |
| SOUTHWEST COLLECTION SERVICE, IN | Unsecured | 168.92 | 168.92 | 168.92 | 168.92 | .20 |
| SW COLL | Unsecured | 161.71 | NA | NA | .00 | .00 |
| THE WOLF FIRM | Other | NA | .00 | .00 | .00 | .00 |
| WELLS FARGO BANK NA | Unsecured | 2,880.49 | 3,408.49 | 3,408.49 | 3,408.49 | 4.80 |
| WELLS FARGO BANK NATIONAL ASSOC | Secured | 156,343.27 | 157,444.13 | 12,581.12 | 12,581.12 | .00 |
| WELLS FARGO BANK NATIONAL ASSOC | Secured | 127,745.00 | 129,327.69 | 129,327.69 | .00 | .00 |
| WELLS FARGO BANK NATIONAL ASSOC | Secured | 75.96 | 75.96 | 75.96 | 75.96 | .00 |

0063-1M-EPIEXX-00122972-416969
Filed 04/04/14                                                                    Case 12-17604                                                                    Doc 90

# UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re: FRED GULIEX                                                                                                  Case No.: 12-17604-A-13K

   Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| WELLS FARGO BANK NATIONAL ASSOC | Secured | 24,800.00 | 25,580.04 | 25,580.04 | 6,832.00 | .00 |

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | 299,513.14 | 12,581.12 | .00 |
| Mortgage Arrearage: | 25,580.04 | 6,832.00 | .00 |
| Debt Secured by Vehicle: | 8,639.80 | 8,639.80 | 32.25 |
| All Other Secured: | 342,687.49 | 4,575.96 | 18.75 |
| **TOTAL SECURED:** | 676,420.47 | 32,628.88 | 51.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 16,036.43 | 16,036.43 | 22.70 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $7,497.07 |
| Disbursements to Creditors: | $48,739.01 |
| **TOTAL DISBURSEMENTS:** | $56,236.08 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  03/31/2014                               By:   /s/Michael H. Meyer
                                                                  Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.